FILED
2008 APR 30 PM 3:11

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1354 DMS |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| AURELIANO GUZMAN-RODRIGUEZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about April 4, 2008, within the Southern District of California, defendant AURELIANO GUZMAN-RODRIGUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//

CEM:em:San Diego
4/28/08

It is further alleged that defendant AURELIANO GUZMAN-RODRIGUEZ was removed from the United States subsequent to August 23, 1994.

DATED: April 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney