1  JOHN D. KIRBY (CSB 149496)
   ATTORNEY AT LAW
2  1010 Second Avenue, Suite 1850
   San Diego, California 92101
3  (619) 557-0100 (Phone)
   (619) 557-0123 (Fax)
4
   Attorney for AURELIANO GUZMAN-
5  RODRIGUEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 08 cr 1354-DMS |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTIONS FOR: |
| vs. | (1) DISCOVERY; AND (2) LEAVE TO FILE FURTHER MOTIONS |
| AURELIANO GUZMAN-RODRIGUEZ, | |
| Defendant. | Date: June 6, 2008 |
| | Time: 11:00 a.m. |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, KAREN HEWITT, U.S. ATTORNEY, AND AARON CLARK, ASSISTANT U.S. ATTORNEY:

PLEASE TAKE NOTICE that at the above-referenced time in the above-referenced department, the defendant AURELIANO GUZMAN-RODRIGUEZ,will ask the court to grant the following motions:

I.

**MOTIONS**

**FOR DISCOVERY;**

**FOR LEAVE TO FILE FURTHER MOTIONS;**

/ / /

1

- 08 cr 1354-DMS

AURELIANO GUZMAN-RODRIGUEZ will base these motions on the following authority: the Fourth, Fifth, and Sixth Amendments to the U.S. Constitution; this notice of motions and motions; the points and authorities filed with this notice of motions and motions; and, any other matter that he may raise at the time of these motions.

Dated:   May 29, 2008                Respectfully submitted,


/S/ John D. Kirby
John D. Kirby, Attorney for AURELIANO GUZMAN-RODRIGUEZ

2

- 08 cr 1354-DMS