I, the undersigned, declare under penalty of perjury that I am over the age of 18 years and not a party to the above-entitled action and that my address is set out above; and that I served the attached pleading in the following manner:

I served the above on opposing counsel by e-filing to the Office of the Clerk and I mailed a copy to the Defendant.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: May 29, 2008                    /s/ *John Kirby*
                                        John Kirby

- 07 cr 2372-IEG