1  JOHN D. KIRBY (CSB 149496)
   ATTORNEY AT LAW
2  1010 Second Avenue, Suite 1850
   San Diego, California 92101
3  (619) 557-0100 (Phone)
   (619) 557-0123 (Fax)
4
5  Attorney for AURELIANO GUZMAN-RODRIGUEZ

6                    UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

   UNITED STATES,                      CASE NO. 08 cr 1354-DMS
8
            Plaintiff,
9                                      EX PARTE APPLICATION TO
       vs.                             SHORTEN TIME TO FILE NOTICE OF
10                                     MOTION AND MOTIONS FOR:
   AURELIANO GUZMAN-RODRIGUEZ,
11                                     (1)  DISCOVERY; AND
            Defendant.
12                                     (2)   LEAVE TO FILE FURTHER
                                       MOTIONS
13

14

15        TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF
16   RECORD, KAREN HEWITT, U.S. ATTORNEY, AND Assistant U.S. Attorney Aaron
     Clark
17        **PLEASE TAKE NOTICE OF THE FOLLOWING:**

18
                                     **I.**
19
                               **APPLICATION**
20
          Defendant hereby applies to this Court for an order shortening the time in which
21
     to file his initial motions in this matter.   The good cause for the issuance of an order
22
     shortening time is set out in the Declaration of John D. Kirby, attached to this
23
     Application as Attachment A.
24
     */ / /*
25

26

27

28

                                      - 1 -

                                      -   00 cr 1902-JM

**II.**
**<u>CONCLUSION</u>**

For the foregoing reasons, this Court should grant the above Application.


Dated: May 30, 2008                    Respectfully submitted,


                                       /S/ JOHN D. KIRBY_____
                                       John D. Kirby, attorney for Defendant
                                       AURELIANO GUZMAN-RODRIGUEZ

- 2 -

-    00 cr 1902-JM

**Attachment A**

<u>DECLARATION OF JOHN D. KIRBY</u>

I, John D. Kirby, declare as follows:

1.    I am an attorney licensed to practice before this court, and I am now the attorney of record in the above-entitled case for the defendant.

2.    The defendant is in custody.

3.    On May 19, 2008, I had knee replacement surgery.  The recovery from this surgery was more difficult than I had originally anticipated .  For this reason, I failed to file motions in this matter on the date they were originally due.

4.    I electronically filed the attached notice of motion and motion for discovery and leave to file further motions on May 29, 2008.

I declare under penalty of perjury that the forgoing is true and correct.


Dated: May 30, 2008                    /S/ JOHN D. KIRBY_____
                                       John D. Kirby

-    00 cr 1902-JM