JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for AURELIANO GUZMAN-RODRIGUEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AURELIANO GUZMAN-RODRIGUEZ,<br><br>　　　　Defendant. | CASE NO. 08 cr 1354-DMS<br><br>**ORDER SHORTENING TIME TO FILE MOTIONS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Clerk of the Court shall file the attached **NOTICE OF MOTIONS AND MOTIONS** and **POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS** with this Order.

Dated: 5-30-08

**HON. DANA M. SABRAW**
UNITED STATES DISTRICT COURT JUDGE

08 cr 1354-DMS