JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for AURELIANO GUZMAN-RODRIGUEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AURELIANO GUZMAN-RODRIGUEZ,<br><br>　　　　Defendant. | CASE NO. 08 cr 1354-DMS<br><br>JOINT MOTION TO CONTINUE SENTENCING |

**COMES NOW** the parties, Aaron Clark, Assistant United States Attorney, and John Kirby, attorney for Aureliano Guzman-Rodriguez, respectfully requesting that the motion hearing in this matter be continued from 11:00 a.m. on August 22, 2008, to 11:00 a.m. on September 5, 2008.

Dated: 08/21/08              /S/ Aaron Clark (by consent)

                             Assistant United States Attorney


Dated: 08/21/08              /S/ John D. Kirby_____

                             Attorney for Defendant AURELIANO GUZMAN-RODRIGUEZ

1

- 08 cr 1354-DMS