JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 557-0100 (Phone)
(619) 557-0123 (Fax)

Attorney for AURELIANO GUZMAN-RODRIGUEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>AURELIANO GUZMAN-RODRIGUEZ,<br><br>    Defendant. | CASE NO. 08 cr 1354-DMS<br><br>ORDER |

It is hereby ordered that the motion hearing of Defendant AURELIANO GUZMAN-RODRIGUEZ be continued from 11:00 a.m. on August 22, 2008, to 11:00 a.m. on September 5, 2008 at 11:00 a.m.

IT IS SO ORDERED.

Dated: August 21_, 2008

By: _____
Hon. DANA M. SABRAW
United States District Court Judge

1

- 08 cr 00899-BTM